THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE LLOYD, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS X. LEONARD, JR., Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing Prison, et al., Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES VAN NEWKIRK, Appellant, v. JOHN F. McNEILL, as Director of Matteawan State Hospital, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

SUSAN RUPP, an Infant, by JANE RUPP, Her Guardian ad Litem, et al., Respondents, v. NEW YORK CITY TRANSIT AUTHORITY, Defendant, and CITY OF NEW YORK, Appellant. CITY OF NEW YORK, Third-Party Plaintiff-Respondent, v. MARCAM CONSTRUCTION Co., Third-Party Defendant-Appellant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

MAX SCHUSTER, as Administrator, Respondent, v. CITY OF NEW YORK, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

LLOYD W. SHELDON, Individually and as Secretary-Treasurer of Local 88, International Organization of Masters, Mates & Pilots, AFL–CIO, Appellant, v. ROBERT VASKO et al., Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.